# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Mark James Savoy
Lasalle Correctional Center DOC No. 580262
15976 Hwy 165
Olla LA 71465-4801


**REHEARING ACTION: February 1, 2017**


**Docket Number: 16   00843-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MARK JAMES SAVOY**

**Writ Application from St. Landry Parish Case No. 07-K-206**


**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Marc T. Amy**
   **D. Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Mark James Savoy** is:

   **REHEARING DENIED.**  See Uniform Rules – Courts of Appeal, Rule 2-18.7.


cc: Earl B. Taylor, Counsel for  the Respondent